WARD DEWEY & CO. v. J. K. P. CAMPBELL.

(No. 81, Tex. L. J., vol. 1, p. 15.)

APPEAL from Walker County.    Opinion by WINKLER, J.

§ 648. *Motion for new trial in justice's court a pre-requisite to appeal to county court.* An appeal to the county court from a judgment rendered by a justice of the peace does not lie without a motion for new trial having been first made and overruled in justice's court [Acts 15th Leg. (June 15, 1876) page 16]; and where the county court dismissed an appeal upon motion based on this ground, the appeal here is

January 29, 1877.                Affirmed.

NOTE.— Under the law now in force it is not requisite to the appeal that a motion for new trial should have been made and overruled in justice's court.